**No. 52932.**—Park Benziger & Co. *v.* United States, protest 123353–K (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52933.**—Oregon Liquor Control Commission (Transferee) *v.* United States, protest 127376–K (Portland, Oreg.).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52934.**—British American Importation Co., Ltd. *v.* United States, protest 130095–K (Los Angeles).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52935.**—Belimar Liquor Company et al. *v.* United States, protests 137757–K, etc. (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52936.**—Bohemian Distributing Co. et al. *v.* United States, protests 138586–K, etc. (Los Angeles).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52937.**—British American Importation Co., Ltd. *v.* United States, protest 138616–K (C)/12839 (New Orleans).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.

No. 52938.—Schenley Distilleries, Inc. v. United States, protests 140451–K, etc. (Indianapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

BEFORE THE FIRST DIVISION, MARCH 17, 1949

No. 52939.—Lampson Fraser & Huth, Inc. v. United States, protest 93344–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 17, 1949

No. 52940.—Best & Co. v. United States, protest 144334–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

BEFORE THE THIRD DIVISION, MARCH 17, 1949

No. 52941.—Frances B. Wilcon v. United States, protest 120729–K (Boston).

CLINE, Judge: This is a rehearing of a protest against the assessment of duty on fish cakes at the rate of 35 per centum ad valorem under paragraph 775 of the